UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL UNION NO. 12A AND
TRUSTEES OF THE ASBESTOS WORKERS
LOCAL 12A HEALTH AND ANNUITY
FUNDS,

                Plaintiffs,

- against -

TRADE WINDS ENVIRONMENTAL, A/K/A
TRADE WINDS ENVIRONMENTAL
RESTORATION, INC.,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

09 Civ 1771 (RJH) (DFE)

**ORDER OF DEFAULT JUDGMENT**

    Plaintiffs having filed a motion for default judgment [7] in the above-captioned action, and it appearing to this Court from plaintiffs' supporting papers, including the Clerk of Court's Certificate of Default, that defendant, having been duly served, has failed to appear, answer, or plead in the action, and is therefore in default, it is hereby

    ORDERED that plaintiffs' motion for default judgment as to liability is GRANTED, and that this matter be referred to Magistrate Judge Douglas F. Eaton to perform an inquest to determine the appropriate award of damages plus reasonable attorney's fees, if any.

SO ORDERED.

Dated: New York, New York
       February **16**, 2010

                                        Richard J. Holwell
                                        United States District Judge